**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000077**
**21-MAY-2013**
**03:33 PM**

NO. CAAP-13-0000077

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

LISA M. NORSTROM, Plaintiff-Appellant,
v.
JADE B. NORSTROM, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-0580)

ORDER APPROVING STIPULATION TO DISMISS NOTICE OF APPEAL
FILED ON FEBRUARY 7, 2013 WITH PREJUDICE
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Notice of Appeal filed on February 7, 2013 With Prejudice," filed May 6, 2013, by Plaintiff-Appellant Lisa Marie Norstrom, which the court will construe as a stipulation to dismiss appellate case number CAAP-13-0000077, and the record, it appears that the appeal has not been docketed, the parties seek to dismiss the appeal pursuant to Hawai‘i Rules of Appellate Procedure (HRAP) Rule 42(a), and the parties have signed the stipulation. Therefore, pursuant to HRAP Rule 42(a),

IT IS HEREBY ORDERED that the stipulation is approved, and appellate case number CAAP-13-0000077 is dismissed.

DATED: Honolulu, Hawai'i, May 21, 2013.


Chief Judge


Associate Judge


Associate Judge